HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
REED B. GRANTHAM, Bar #294171
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
CURTIS GEAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00179-DAD-BAM |
|---|---|
| Plaintiff, | EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF NEW COUNSEL (DECLARATION OF CONFLICT); ORDER |
| vs. | |
| CURTIS GEAN, | JUDGE: Hon. Dale A. Drozd |
| Defendant. | |

Assistant Federal Defenders, Charles J. Lee and Reed B. Grantham, counsel for defendant in the above-captioned case, hereby move for an order allowing them to withdraw as counsel of record and for appointment of new counsel to represent Defendant Curtis Gean. This motion is based on the following facts:

1. On August 8, 2017, the Court appointed the Office of the Federal Defender to represent Defendant Curtis Gean.

2. On August 10, 2017, upon reviewing the discovery, the Office of the Federal Defender discovered it had a conflict on the case.

3. After the conversation with the prosecution, the Panel Administrator in this office was contacted and is prepared to panel Mr. Gean's case based upon this declaration of conflict, awaiting an order by this Court relieving the Federal Defender's Office.

Attorney Peter Jones is prepared to accept the appointment on this case.

4. For the above reason, present counsel requests that this Court relieve this office of its duties as counsel of record and that the Court appoint CJA counsel to represent Defendant Curtis Gean in this matter.

Dated: August 10, 2017 /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
CURTIS GEAN

**O R D E R**

IT IS SO ORDERED.

Dated: **August 10, 2017**

UNITED STATES DISTRICT JUDGE