| | |
|---|---|
| 1 | **WANGER JONES HELSLEY PC** |
| 2 | 265 E. River Park Circle, Suite 310<br>Fresno, California 93720 |
| | Telephone: (559) 233-4800 |
| 3 | Facsimile: (559) 233-9330 |
| 4 | Peter M. Jones, Esq. SBN# 105811 |
| 5 | Attorneys for: **Defendant, Curtis Doyle Gean** |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS DOYLE GEAN<br><br>Defendant. | Case No.: 1:17 CR 00179 DAD BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Hon. Barbara A. McAuliffe<br>Courtroom 8 |

**TO THE HONORABLE BARBARA A. MACAULIFFE, MAGISTRATE JUDGE, EASTERN DISTRICT OF CALIFORNIA**:

Defendant, Curtis Doyle Gean, by and through his attorney of record, Peter M. Jones, and the United States Attorney, by and through Brian Enos, hereby stipulate as follows:

1. By prior order, this matter was set for status conference on November 13, 2017, at 1:00 p.m. by the Court, Government and previous defense counsel.

2. The parties agree and stipulate that Defendant's status conference can be continued to January 22, 2018, at 1:00 p.m.

3. The parties agree that a continuance is necessary to allow current defense counsel adequate time to analyze the discovery, review electronic evidence, and assess the need for an expert.

For the above stated reasons, the stipulated continuance will conserve time and resources both for the parties and the court, and the delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Respectfully Submitted

DATED: November 9, 2017  By: /s/ *Brian Enos*_____
United States Attorney

DATED: November 9, 2017  By: /s/ *Peter M. Jones*_____
PETER M. JONES
Attorney for Defendant Curtis Doyle

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

IT IS SO ORDERED that the 1st Status Conference currently scheduled for November 13, 2017, at 1:00 p.m. be continued to January 22, 2018 at 1:00 p.m. before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: **November 9, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE