**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California 93729
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorney for: **Defendant, CURTIS DOYLE GEAN**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>**CURTIS DOYLE GEAN**<br><br>Defendant(s). | Case No.: 1:17 CR 00179 DAD-BAM<br><br>**EXPARTE REQUEST FOR MODIFICATION OF PRETRIAL SERVICE RELEASE CONDITIONS; DECLARATION OF PETER M. JONES; AND ORDER THEREON**<br><br>**Dept: Courtroom 5**<br>**Hon. Dale A. Drozd** |

**TO THE HONORABLE DALE A. DROZD, JUDGE, MCGREGOR W. SCOTT, UNITED STATES ATTORNEY, HIS ASSISTANT, BRIAN ENOS AND TO PRETRIAL SERVICES AND THEIR REPRESENTATIVE**:

Defendant, CURTIS DOYLE GEAN, by and through counsel, Peter M. Jones, requests the Court for the following one time modification to his pretrial release conditions:

Mr. Gean requests that he be allowed to attend a "going away" gathering with friends and relatives at his daughter, Kyndra Gray's, home to allow him to say goodbye. Mr.

1
---
**EXPARTE REQUEST FOR MODIFICATION OF PRETRIAL SERVICE RELEASE CONDITIONS; DECLARATION OF PETER M. JONES; AND [PROPOSED] ORDER THEREON**

Gean will be turning himself in at the Federal Correctional Facility at Terminal Island, California, on Wednesday, August 29th to commence serving his 120 month sentence. The party would be held this Saturday, August 25th, between the hours of 5:00 and 9:00 p.m. Currently Mr. Gean is required to remain within the roof-line of his mobile home with several delineated exceptions.

Dated: August 23, 2018                Respectfully submitted,


By: /s/ PETER M. JONES
    PETER M. JONES, Counsel for
    Defendant, CURTIS DOYLE GEAN

2

**EXPARTE REQUEST FOR MODIFICATION OF PRETRIAL SERVICE RELEASE CONDITIONS; DECLARATION OF PETER M. JONES; AND [PROPOSED] ORDER THEREON**

# DECLARATION OF PETER M. JONES

1. I am an attorney duly licensed to practice in the State of California.

2. I am counsel of record for Defendant, Curtis Doyle Gean ("Defendant") in the above-captioned action. Except as to matters based on information and belief, I have personal knowledge of the matters set forth in this Declaration. Regarding matters stated on information and belief, I believe them to be true. If called upon as a witness to testify about the content of this Declaration, I could and would competently do so.

3. One of the conditions of Defendant's release was that he would remain within the roofline of his mobile home unless allowed by Pretrial Services to meet with his lawyer, go to court, or to the doctor or to buy groceries and other necessities. Pretrial Services previously advised me that the Defendant would need a specific court order allowing him to pursue other activities.

4. I was informed by Defendant that his daughter, Kyndra Gray, wanted to invite friends and family to her home this Saturday, August 25th, from 5:00 to 9:00 p.m. to allow her father to say goodbye before he turns himself in to serve his time next week on August 29th. Kyndra's home is located at 4243 N. Maroa, Fresno, CA 93704.

5. Mr. Gean resides in a small mobile home that is currently packed with property he removed from his storage unit, and would not be a suitable place for the planned gathering.

6. I contacted U.S. Attorney, Brian Enos, and he indicated he had no preference either way as to the court allowing this one-time modification.

7. I contacted pretrial services and Officer Ryan Beckwith indicated he had no preference either way as to the court allowing this one-time modification.

8. It is my information and belief that Mr. Gean has continuously complied with all the terms and conditions of his pretrial release; and he continues to wear an ankle monitor.

3

**EXPARTE REQUEST FOR MODIFICATION OF PRETRIAL SERVICE RELEASE CONDITIONS; DECLARATION OF PETER M. JONES; AND [PROPOSED] ORDER THEREON**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on August 23, 2018, at Fresno, California.

                                           /s/ Peter M. Jones
                                            Peter M. Jones

**EXPARTE REQUEST FOR MODIFICATION OF PRETRIAL SERVICE RELEASE CONDITIONS; DECLARATION OF PETER M. JONES; AND [PROPOSED] ORDER THEREON**

**ORDER**

Having reviewed the above request and Good Cause Appearing, it is hereby ordered that the conditions of Defendant's pretrial release supervision be modified as follows: The Defendant is allowed, accompanied by his brother, Gerald Gean and/or his daughter, Kyndra Gray, to travel to Ms. Gray's home at 4243 N. Maroa in Fresno, CA on Saturday, August 25, 2018, to attend a gathering of friends and family. The defendant will be allowed to leave his home, accompanied by his brother or daughter, no earlier than 4:30 p.m. and is to return to his home, again accompanied by his brother or daughter, no later than 9:30 p.m. that same day. All other terms and conditions of his pretrial release shall remain unchanged and in full force and effect.

IT IS SO ORDERED.

Dated: **August 23, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

5

**EXPARTE REQUEST FOR MODIFICATION OF PRETRIAL SERVICE RELEASE CONDITIONS; DECLARATION OF PETER M. JONES; AND [PROPOSED] ORDER THEREON**