IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>CURTIS DOYLE GEAN,<br><br>*Defendant.* | Case No.  1:17-cr-00179-DAD-BAM-1<br><br>**ORDER** |

Counsel on behalf of defendant Curtis Doyle Gean has requested that the defendant's Emergency Motion for Compassionate Release, and Exhibits A, B, C, D and F, be filed under seal until further order of the Court on the grounds that the motion and exhibits reveal defendant's medical diagnosis and medications.  A review of the motion, however, reflects that much of that document does not refer to such private information.  Rather, it consists of legal argument and other factors presented in support of the motion for compassionate release.  Of course, all documents filed with the court are presumptively public.  *San Jose Mercury News, Inc. v. U.S. Dist. Court*, 187 F.3d 1096, 1103 (9th Cir. 1999); *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) ("Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)).

/////

Accordingly, within seven days of service of this order, counsel for defendant shall file the motion for compassionate release on the public docket with a separate request to file under seal a supplement to the motion, with exhibits if appropriate, which refers to the medical information defendant wishes to keep private.  In the alternative, counsel for defendant may submit a renewed request for sealing of the entire motion based on a showing of good cause. The request to file under seal is denied without prejudice.

IT IS SO ORDERED.

Dated:  **June 12, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE