UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS DOYLE GEAN,<br><br>Defendant. | No. 1:17-cr-00179-DAD-BAM-1<br><br>ORDER GIVING EFFECT TO STIPULATION FOR CONTINUANCE OF BALANCE OF BRIEFING SCHEDULE<br><br>(Doc. No. 52) |

On June 15, 2020, defendant Curtis Doyle Gean filed a motion for sentence modification pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. No. 47.) On June 16, 2020, the undersigned set the briefing schedule by minute order, directing the government to file a response to the motion no later than June 30, 2020, and defendant to file his reply, if any, by July 7, 2020. (Doc. No. 51.)

By stipulation filed on June 25, 2020, the parties requested that the balance of the briefing schedule be extended. (Doc. No. 52.) The parties notified the court that the Bureau of Prisons is not finished evaluating defendant's internal request regarding this matter, and counsel for the government is in the process of obtaining all relevant records from the Bureau of Prisons regarding defendant's motion. (*Id.* at 2.)

/////

Good cause appearing and the parties having so stipulated, it is hereby ordered that the government shall file a response to defendant's motion for sentence modification no later than July 14, 2020, and defendant's reply, if any, shall be filed by July 21, 2020.

IT IS SO ORDERED.

Dated:  **June 26, 2020**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE